**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

DORDZHI LIDZHIEV,

Petitioner,

v. Case No. 2:26-cv-02607-MSN-atc

CHRISTOPHER BULLOCK,
New Orleans Field Office Director for
ICE Enforcement and Removal Operations,

Respondent.

---

**ORDER DIRECTING RESPONDENT TO SUPPLEMENT RECORD**

---

Before the Court is Petitioner Dordzhi Lidzhiev's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 ("Petition"), filed May 29, 2026. (ECF No. 1.) At least two of Petitioner's claims turn on the nature of the procedures Petitioner received when he was re-detained in May 2026. However, Respondent has not provided the information related to Petitioner's parole (i.e., conditions, date of termination, and whether parole was revoked or expired automatically). (*See* Order to Show Cause, ECF No. 11 at PageID 42.) Respondent is **DIRECTED** to supplement the record with that information **within five days of the date of this Order**. Respondent should also indicate the current status of Petitioner's removal proceeding and whether any claims have been mooted by release or removal.

**IT IS SO ORDERED**, this 23rd day of November, 2026.

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE